IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID RICKER,<br><br>    Petitioner,<br><br>  v.<br><br>PENNSYLVANIA BOARD OF<br>PROBATION AND PAROLE,<br>SUPERINTENDENT OF PINE GROVE SCI,<br><br>    Respondents. | 2:24-CV-01512-CCW-KT |

## **ORDER**

This case has been referred to United States Magistrate Judge Kezia O. L. Taylor for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On January 28, 2025, the Magistrate Judge issued a Report (the "R&R"), ECF No. 9, recommending that Petitioner's Petition for Writ of Habeas Corpus, ECF No. 1, be denied on its merits and that a certificate of appealability also be denied. Service of the R&R was made on the parties, and Petitioner has filed Objections. *See* ECF No. 11.

After a *de novo* review of the pleadings and documents in the case, together with the R&R and the Objections thereto, it is hereby ORDERED that Petitioner's Petition for Writ of Habeas Corpus, ECF No. 1 is hereby **DENIED.** A certificate of appealability is also **DENIED**. The R&R, ECF No. 9, is **ADOPTED** as the Opinion of the District Court.

IT IS SO ORDERED.

DATED this 18th day of February 2025.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via US mail):

David Ricker
NF4503
SCI Pine Grove
189 Fyock Road
Indiana, PA 15701